**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 02-6604**

─────────────

KEVIN L. CHOICE,

Plaintiff - Appellant,

versus

DANNY R. BLACKWELL, Physician II, Kershaw
Correctional Institution, in his individual
capacity; DORIS ANN COOK, Nurse Administrator,
KCI, in her individual capacity; MICHELLE M.
USSERY, R.N., KCI, in her individual capacity,

Defendants - Appellees.

─────────────

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Terry L. Wooten, District Judge.
(CA-01-1931-0-25BD)

─────────────

Submitted:  June 13, 2002          Decided:  June 19, 2002

─────────────

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Kevin L. Choice, Appellant Pro Se.  John Eric Fulda, Irmo, South
Carolina, for Appellees.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kevin L. Choice appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Choice v. Blackwell</u>, No. CA-01-1931-0-25BD (D.S.C. Mar. 29, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2